UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHANA KAUFFMAN,

                Plaintiff,

v.

HOME DEPOT U.S.A., INC., et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

24-CV-01808-PMH

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

**SO ORDERED:**

Dated:  White Plains, New York
         April 17, 2024

_____
PHILIP M. HALPERN
United States District Judge